Tony TURNAGE, Petitioner–Appellant,

v.

UNITED STATES PAROLE COMMIS-
SION, Respondent–Appellee.

No. 14–6722.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 8, 2014.

Decided: Sept. 26, 2014.

Tony Turnage, Appellant Pro Se. Rod J. Rosenstein, United States Attorney, Jason Daniel Medinger, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Efrem Turnage, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Turnage v. U.S. Parole Comm'n*, No. 1:11–cv–03373–ELH, 2014 WL 1340071 (D.Md. Apr. 2, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*